IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

    Petitioner,           No. CIV S-06-2246 WBS CMK P

  vs.

WONG, et al.,

    Respondents.        <u>FINDINGS AND RECOMMENDATIONS</u>

/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the court is petitioner's January 18, 2007 request to stay the proceedings.

        Petitioner's federal habeas petition concerns a disciplinary violation for masturbation. To show that he had exhausted his claim in state court, he attached a California Supreme Court decision denying a habeas petition to the instant petition; however, that denial concerned a disciplinary infraction for disobeying orders. Petitioner avers that the California Supreme Court decision concerning disobeying orders was attached to the instant petition in error. He claims to have filed a petition in the California Supreme Court concerning the disciplinary violation for masturbation.

1       The federal court must dismiss a habeas petition if all claims are unexhausted.

2 See Jiminez v. Rice, 276 F.3d 478, 481 (9th Cir. 2001).  In the instant case, all the claims in the

3 federal habeas petition are unexhausted.  Accordingly, the court may not grant petitioner's

4 request for a stay.

5       In accordance with the above, IT IS HEREBY RECOMMENDED that

6 petitioner's request for a stay of the proceedings be denied.

7       These findings and recommendations are submitted to the United States District

8 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

9 days after being served with these findings and recommendations, petitioner may file written

10 objections with the court.  The document should be captioned "Objections to Magistrate Judge's

11 Findings and Recommendations."  Petitioner is advised that failure to file objections within the

12 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

13 F.2d 1153 (9th Cir. 1991).

14

15 DATED:  January 25, 2007.

16

17                               **CRAIG M. KELLISON**

18                               UNITED STATES MAGISTRATE JUDGE