IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

        Petitioner,                  No. CIV S-06-2246 WBS CMK P

   vs.

WONG, et al.,

        Respondents.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 22, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party filed objections to those findings and recommendations.  However, before the magistrate judge's findings and recommendations were filed, on January 18, 2007, petitioner filed a request to stay the proceedings in this court/

        On January 30, 2007, the magistrate judge filed findings and recommendations recommending that petitioner's request for a stay be denied.  Those findings and

recommendations were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to those findings and recommendations.

The court has reviewed the file and finds both sets of findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 22, 2007, and January 30, 2007, are adopted in full;

2. Petitioner's request for a stay of the proceedings is denied;

3. Respondents' motion to dismiss petitioner's habeas application for failure to exhaust state remedies is granted: and

4. Petitioner's application for a writ of habeas corpus is hereby dismissed without prejudice.

DATED: March 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/hard 06cv2246.801hc

2